**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ECI SOFTWARE SOLUTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| JOHN PLYLER PLUMBING AND | § | |
| HARDWARE, INC.; OLSHAN LUMBER | § | |
| COMPANY; AND PROSPERITY | § | |
| COMPUTER SOLUTIONS, LLC, | § | |
| | § | |
| Defendants. | § | |

## Declaration of Bryan Gauntt

I, Bryan Gauntt, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Bryan Gauntt.  I am a Team Lead for a group within ECI Software Solutions, Inc ("ECI") that supports the Advantage Software.  I am over 18 years of age, of sound mind, and I am otherwise competent to make this declaration.  As a Team Lead for the group that supports the Advantage Software, my job responsibilities generally include: providing necessary software support for Advantage Software, providing assistance to other technicians with regards to their support functions, and monitoring backups to ECI's offsite backup server. Based on my position with ECI and my personal involvement with the events described herein, the facts stated in this declaration are within my personal knowledge and are true and correct.

2.      On July 13, 2018, I was conducting a routine review of backup logs from the servers of ECI's customers.  I noticed that the servers of John Plyler Plumbing and Hardware, Inc. ("Plyler") and Olshan Lumber Company ("Olshan") were still backing up to ECI's system in Texas. At the direction of my supervisor, Brian DuFour, I pulled the Point of Sale Header Files

from Plyler's and Olshan's backup logs and copied them to a temporary dataset on ECI's system. I examined that Point of Sale Header Files and discovered they contained current point-of-sale activity. I informed Brian DuFour about the current activity and took screenshots of the relevant activity as displayed on the screen of the computer I was using to access the information and sent them to Brian DuFour. True and correct copies of those screenshots as they appeared on the screen of the computer I was using to access the information are attached to this Declaration as Exhibit 1. Owing to confidentiality concerns, portions of the screenshots have been redacted. I also copied the encoded files in the software indicating when the Plyler's and Olshan's licenses would expire and thereby terminate their ability to continue using the software (the "License Expiration Files") from Plyler's and Olshan's backup logs and sent them to Brian DuFour.

3.     On July 24, 2018, Brian DuFour gave me a new encoded entry to put in a License Expiration File with an encoded expiration date of July 31, 2018. I then put the encoded entry in the License Expiration File and sent the updated License Expiration File to Plyler's and Olshan's Advantage software to trigger countdown messages on Plyler's and Olshan's systems stating that their Advantage software licenses would expire in seven days under the assumption that they would contact ECI to discuss their continued use of the software. To my knowledge, however, neither Plyler nor Olshan contacted ECI about renewing their licenses.

4.     On July 25, 2018, I reviewed the backup logs from Plyler's and Olshan's servers and discovered that their License Expiration Files had been modified once again. I notified Brian DuFour that the License Expiration Files had been modified again and sent them to him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2018 in Kansas.

Bryan Gauntt

**EXHIBIT 1**



